IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CATHERINE J. TURNER, | ) | CASE NO. 4:07CV3203 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. The Plaintiff's unopposed Motion for an Extension of Time (Filing No. 11) is granted;

2. The Plaintiff shall file her brief in support of her appeal on or before Monday, December 10, 2007; and

3. The Defendant shall file his responsive brief on or before January 11, 2008.

DATED this 29th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge