IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CATHERINE J. TURNER,** | ) | **CASE NO. 4:07CV3203** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

The matter before the Court is the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 14). The Defendant's response is currently due January 11, 2008, and he seeks an order extending that date to February 11, 2008. The Defendant represents that the Plaintiff has no objection to the extension of time. I find that the Defendant's motion should be granted. Accordingly,

IT IS ORDERED:

1. The Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 14) is granted; and

2. The Defendant's response shall be filed on or before February 11, 2008.

DATED this 14th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge